Order entered January 7, 2013



000033

In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-12-01143-CV

---

**LAKEITH AMIR-SHARIF, Appellant**

V.

**QUICK TRIP CORPORATION, ET AL., Appellees**

---

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-13818-E**

---

## ORDER

The Court has before it appellant's letter regarding a request for records dated December 17, 2012, and appellant's December 31, 2012 motion for copy of reporter's record to be provided for briefing purposes. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to mail appellant a copy of the reporter's record.

/s/    ELIZABETH LANG-MIERS
        JUSTICE